

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00400-CR, 04-17-00401-CR, 04-17-00402-CR, 04-17-00403-CR, 04-17-00404-CR

Logan **FIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5810, 5811, 5812, 5813 & 5814
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on May 8, 2017. On June 28, 2017, we notified the trial court clerk that the clerk's record was late, and to either file a Notification of Late Record within ten days or the clerk's record within thirty days. To date, neither the clerk's record nor a Notification of Late Record has been filed.

It is therefore ORDERED that the trial court clerk file the record in this court no later than **August 30, 2017**. If the record is not received by such date, an order may issue directing Jan Davis to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Davis by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.



Luz Estrada
Chief Deputy Clerk